IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| HUGH L. RILEY, Register No. 1104541, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4027-CV-C-SOW |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 20, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's request for a transfer to another institution be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 20, 2007, is adopted. [12] It is further

ORDERED that plaintiff's request of April 2, 2007, for a transfer to another institution is denied. [7]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 20, 2007