# UNITED STATES DISTRICT COURT

## Western District of Missouri

### JUDGMENT IN A CIVIL CASE

Hugh Riley

     v.                                  Case Number - 07-4027-CV-C-SOW

Larry Crawford, et al.

  ☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

-    By order of December 17, 2007, that the Report and Recommendation of October 23, 2007, is adopted. Plaintiff's claims are dismissed for failure to comply with court orders, pursuant to the bprovisions of Fed.R.Civ.P. 41(b). Plaintiff's claims are dismissed for failure to exhaust his administrative remedies, pursuant to 42 U.S.. 1997(e). Defendants' motion of July 2, 2007, is granted and plaintiff's claims against defendants Crawford, Dormire, Wood, Galloway, Reed, Williams, and Lohmeyer are dismissed for reasons set for in report and recommendation

ENTERED ON: December 19, 2007

|  |  |
|---|---|
| | Patricia L. Brune |
| December 19, 2007 | Clerk |
| Date | |
| | /s/ J Russel |
| | J Russel |
| | (By) Deputy Clerk |